IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CASE NUMBER: 2:07cr279-MHT |
| TIMOTHY TYRONE JOHNSON | ) |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:  THE WARDEN AND/OR KEEPER OF THE  ELMORE COUNTY JAIL
                                   AT  WETUMPKA ALABAMA

and

TO:  THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
     OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of TIMOTHY TYRONE JOHNSON, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the Courtroom 4A of said Court, in the City of MONTGOMERY, on 12/19/2007, at 10:30 A.M., to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE this the 26TH day of NOVEMBER, 2007.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

By: _____
       Deputy Clerk