IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )      2:07cr279-MHT
TIMOTHY TYRONE JOHNSON      )
```

## ORDER

It is ORDERED that the motion to withdraw guilty plea (Doc. No. 23) is set for hearing on April 17, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 16th day of April, 2008.

```
            /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE
```