IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr279-MHT |
| TIMOTHY TYRONE JOHNSON | ) | |

### ORDER

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The government's motion to rescind (doc. no. 27) is granted.

(2) The preliminary order of forfeiture (doc. no. 21) is rescinded and declared void ab initio.

DONE, this the 21st day of April, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE