IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-279-MHT |
| | ) | |
| TIMOTHY TYRONE JOHNSON | ) | |

### MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Timothy Tyrone Johnson into the custody of Timothy Fitzpatrick/ATF from May 23, 2008 through December 31, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing Timothy Fitzpatrick to return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Respectfully submitted this the 15th day of May, 2008.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Jerusha T. Adams
JERUSHA T. ADAMS
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: jerusha.adams@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-279-MHT |
| | ) | |
| TIMOTHY TYRONE JOHNSON | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Peterson, Esq.

    Respectfully submitted,

    /s/Jerusha T. Adams
    JERUSHA T. ADAMS
    131 Clayton Street
    Montgomery, Alabama 36104
    Phone: (334) 223-7280
    FAX: (334) 223-7135
    E-mail: jerusha.adams@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:07-cr-279-MHT |
| | ) |
| TIMOTHY TYRONE JOHNSON | ) |

ORDER

Upon consideration of the government's motion for release of prisoner filed on May 15, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Timothy Tyrone Johnson from May 23, 2008, through December 31, 2008, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Timothy Fitzpatrick/ATF shall return said prisoner into the custody of the United States Marshals Service when he has finished with him.

DONE this _____ day of May, 2008.

_____
UNITED STATES MAGISTRATE JUDGE