IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:07-cr-279-MHT |
| | ) |
| TIMOTHY TYRONE JOHNSON | ) |

<u>ORDER</u>

Upon consideration of the government's motion for release of prisoner filed on May 15, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Timothy Tyrone Johnson from May 23, 2008, through December 31, 2008, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Timothy Fitzpatrick/ATF shall return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Done, this 16th day of May, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE